# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Kathy Coleman | CASE NO.: 1:08-CV-0139 |
| Plaintiff, | JUDGE: Zita L. Weinshienk |
| v. | |
| Creditors Financial Group, LLC | **NOTICE OF DISMISSAL** |
| Defendant. | **WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C..

By:   /s/ Jeffrey S. Hyslip__
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    20 West Kinzie; Suite 1300
    Chicago, IL 60611
    Telephone: 1.866.339.1156
    Jsh@legalhelpers.com

## CERTIFICATE OF SERVICE

  I hereby certify that on January 25, 2008 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

Creditors Financial Group, LLC  
c/o Henry Swayze  
3131 South Vaugn Way  
Suite110  
Aurora, CO 80014  

                    /s/ Jeffrey Hyslip